226 So.2d 518

**STATE of Louisiana**

v.

**Gilberto HERNANDEZ, and one Frank Torres, each.**

No. 50126.

Sept. 24, 1969.

In re: Gilberto Hernandez and Frank Torres applying for writs of mandamus, review and habeas corpus.

The application is denied. The showing made does not warrant the relief sought.

226 So.2d 518

**STATE of Louisiana**

v.

**Leigh C. KELLER.**

No. 49958.

Sept. 29, 1969.

In re: State of Louisiana applying for writs of certiorari, prohibition and mandamus.

The petition of the relator in the above entitled and numbered case having been duly considered,

It is ordered that a writ of certiorari issue herein, directing the Honorable Elmo E. Lear, Judge of the Nineteenth Judicial District Court, for the Parish of East Baton Rouge, to transmit to the Supreme Court of Louisiana, on or before the 19th day of December, 1969, the record in duplicate, or a certified copy of the record in duplicate, of the proceedings complained of by the realtor herein, to the end that the validity of said proceedings may be ascertained.

It is further ordered that the aforesaid Judge of said Court and the respondent through his attorney shall show cause, in this court, on the date aforesaid, at 11 o'clock A.M., why the relief prayed for in the petition of the relator should not be granted.